UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOSEPH TAURIAC,

                             NO. CIV. 2:10-417 WBS KJM

      Plaintiff,

   v.

SAM ROSAS, GENERAL TEAMSTERS
LOCAL # 439, A TRADE UNION,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL NO. 439, A
TRADE UNION AND DOES 1-20

      Defendants._____

_____/

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

      After reviewing the parties' Joint Status Report, the
court hereby vacates the Status (Pretrial Scheduling) Conference
scheduled for August 9, 2010, and makes the following findings
and orders without needing to consult with the parties any
further.

      I.   SERVICE OF PROCESS

1

1   All named defendants have been served and no further
2   service is permitted without leave of court, good cause having
3   been shown under Federal Rule of Civil Procedure 16(b).

4   II.   JOINDER OF PARTIES/AMENDMENTS

5   No further joinder of parties or amendments to
6   pleadings will be permitted except with leave of court, good
7   cause having been shown under Federal Rule of Civil Procedure
8   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604
9   (9th Cir. 1992).

10   III.   <u>JURISDICTION/VENUE</u>

11   Jurisdiction is premised on the Labor Management
12   Relations Act, 29 U.S.C. § 185.  Venue is undisputed and is
13   hereby found to be proper.

14   IV.  DISCOVERY

15   The parties have already served their initial
16   disclosures required by Federal Rule of Civil Procedure 26(a)(1)
17   and completed their Rule 26(f) conference.

18   The parties shall disclose any experts and produce
19   reports in accordance with Federal Rule of Civil Procedure
20   26(a)(2) no later than November 1, 2010.

21   All discovery, including depositions for preservation
22   of testimony, is left open, save and except that it shall be so
23   conducted as to be completed by March 1, 2011.  The word
24   "completed" means that all discovery shall have been conducted so
25   that all depositions have been taken and any disputes relevant to
26   discovery shall have been resolved by appropriate order if
27   necessary and, where discovery has been ordered, the order has
28   been obeyed.  All motions to compel discovery must be noticed on

1  the Magistrate Judge's calendar in accordance with the local

2  rules of this court and so that such motions may be heard (and

3  any resulting orders obeyed) no later than March 1, 2011.

4          V.   MOTION HEARING SCHEDULE

5          All motions, except motions for continuances, temporary

6  restraining orders, or other emergency applications, shall be

7  filed on or before April 12, 2011.  All motions shall be noticed

8  for the next available hearing date.  Counsel are cautioned to

9  refer to the local rules regarding the requirements for noticing

10  and opposing such motions on the court's regularly scheduled law

11  and motion calendar.

12          VI.   FINAL PRETRIAL CONFERENCE

13          The Final Pretrial Conference is set for June 27, 2011,

14  at 2:00 p.m. in Courtroom No. 5.  The conference shall be

15  attended by at least one of the attorneys who will conduct the

16  trial for each of the parties and by any unrepresented parties.

17          Counsel for all parties are to be fully prepared for

18  trial at the time of the Pretrial Conference, with no matters

19  remaining to be accomplished except production of witnesses for

20  oral testimony.  Counsel shall file separate pretrial statements,

21  and are referred to Local Rules 16-281 and 16-282 relating to the

22  contents of and time for filing those statements.  In addition to

23  those subjects listed in Local Rule 16-281(b), the parties are to

24  provide the court with: (1) a plain, concise statement that

25  identifies every non-discovery motion that has been made to the

26  court, and its resolution; (2) a list of the remaining claims as

27  against each defendant; and (3) the estimated number of trial

28  days.

1       In providing the plain, concise statements of

2 undisputed facts and disputed factual issues contemplated by

3 Local Rule 16-281(b)(3)-(4), the parties shall emphasize the

4 claims that remain at issue and any remaining affirmatively pled

5 defenses thereto.  If the case is to be tried to a jury, the

6 parties shall also prepare a succinct statement of the case,

7 which is appropriate for the court to read to the jury.

8       VII.  TRIAL SETTING

9       The trial is set for August 30, 2011 at 9:00 a.m.

10 Plaintiff estimates trial will last approximately 10-14 days and

11 defendants estimate trial will last approximately 4 days.  Jury

12 trial has been demanded.

13       VIII.  SETTLEMENT CONFERENCE

14       A Settlement Conference will be set at the time of the

15 Pretrial Conference.  All parties should be prepared to advise

16 the court whether they will stipulate to the trial judge acting

17 as settlement judge and waive disqualification by virtue thereof.

18       Counsel are instructed to have a principal with full

19 settlement authority present at the Settlement Conference or to

20 be fully authorized to settle the matter on any terms.  At least

21 seven calendar days before the Settlement Conference, counsel for

22 each party shall submit a confidential Settlement Conference

23 Statement for review by the settlement judge.  If the settlement

24 judge is not the trial judge, the Settlement Conference

25 Statements shall not be filed and will not otherwise be disclosed

26 to the trial judge.

27       IX.  MODIFICATIONS TO SCHEDULING ORDER

28       Any requests to modify the dates or terms of this

4

Scheduling Order, except requests to change the date of the
trial, may be heard and decided by the assigned Magistrate Judge.
All requests to change the trial date shall be heard and decided
only by the undersigned judge.

DATED:  August 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE